**Order entered July 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00229-CR
No. 05-19-00230-CR
No. 05-19-00231-CR
No. 05-19-00232-CR
No. 05-19-00233-CR

**TYRONTAE LOMON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause Nos. 069973, 069975, 069976, 069977 & 069796**

## ORDER

Before the Court are Timothy E. Brown's July 9, 2019 motions to withdraw as counsel for appellant. We **GRANT** the motions. We **DIRECT** the Clerk to remove Timothy E. Brown as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit supplemental clerk's records containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel. Upon reinstatement, the Court will also set a new due date for appellant's brief.

/s/     BILL PEDERSEN, III
           JUSTICE